B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

IN RE: **Odis Edwin Dyer**  
**Joyce Faye Dyer**

CASE NO **12-35559-BJH**

CHAPTER **7**

*AMENDED 10/12/2015*

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Bank of America Home Loans<br>PO Box 650070<br>Dallas, TX 75265<br>xxxxx1559 | H/10ac: 18500 NW CR 3360 Frost, TX 76641 |

Property will be (check one):
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☒ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
  Debtor will continue making payments without reaffirming.

Property is (check one):
- ☒ Claimed as exempt
- ☐ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Bank of America Home Loans<br>PO Box 650070<br>Dallas, TX 75265<br>xxxxx1559 | H/10ac: 18500 NW CR 3360 Frost, TX 76641 |

Property will be (check one):
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☒ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
  Debtor will continue making payments without reaffirming.

Property is (check one):
- ☒ Claimed as exempt
- ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Odis Edwin Dyer**　　　　　　　　　　　　　　　　CASE NO **12-35559-BJH**
　　　　　**Joyce Faye Dyer**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **7**

*AMENDED 10/12/2015*
**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

*Continuation Sheet No. 1*

---

Property No. 3

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| CR Air Services<br>1818 First Street<br>Huffman, TX 77336 | Home AC unit |

Property will be (check one):
☐ Surrendered　　☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt　　☐ Not claimed as exempt

---

Property No. 4

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| DT Credit Company LLC<br>PO Box 52020<br>Phoenix, AZ 85072<br>xx-258-1 | Childs Vehicle |

Property will be (check one):
☑ Surrendered　　☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt　　☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

IN RE: **Odis Edwin Dyer**  
**Joyce Faye Dyer**

CASE NO **12-35559-BJH**

CHAPTER **7**

*AMENDED 10/12/2015*
## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

---

Property No. 5

**Creditor's Name:**  
GM Financial - Americredit  
PO Box 183853  
Arlington, TX 76096  
xxxxx7255

**Describe Property Securing Debt:**  
2011 Honda CRV

Property will be (check one):  
[☑] Surrendered    [ ] Retained

If retaining the property, I intend to (check at least one):  
[ ] Redeem the property  
[ ] Reaffirm the debt  
[ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):  
[ ] Claimed as exempt    [ ] Not claimed as exempt

---

Property No. 6

**Creditor's Name:**  
Navarro County Tax Assessor  
PO Box 3118  
Corsicana, TX 75151  
53496

**Describe Property Securing Debt:**  
H/10ac: 18500 NW CR 3360 Frost, TX 76641

Property will be (check one):  
[ ] Surrendered    [☑] Retained

If retaining the property, I intend to (check at least one):  
[ ] Redeem the property  
[ ] Reaffirm the debt  
[☑] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):  
Debtor will continue making payments without reaffirming.

Property is (check one):  
[☑] Claimed as exempt    [ ] Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Odis Edwin Dyer**  CASE NO **12-35559-BJH**
**Joyce Faye Dyer**

CHAPTER **7**

*AMENDED 10/12/2015*
**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

*Continuation Sheet No. 3*

---

Property No. 7

**Creditor's Name:**
Plains Capital Bank
5010 University Ave.
Lubbock, Texas  79413
xxx0087

**Describe Property Securing Debt:**
2010 Dodge Ram

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☑ Claimed as exempt    ☐ Not claimed as exempt

---

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

**Lessor's Name:**
Aaron's Sales & Lease
302 Coke Ave.
Hillsboro, TX 76645

**Describe Leased Property:**
Washer & Dryer

Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):

YES ☑    NO ☐

---

Property No. 2

**Lessor's Name:**
AT&T Mobility
PO Box 537104
Atlanta, GA 30353

**Describe Leased Property:**
AT&T Cell Phone

Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):

YES ☑    NO ☐

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Odis Edwin Dyer**                                          CASE NO  **12-35559-BJH**
**Joyce Faye Dyer**
                                                                                         CHAPTER  **7**

*AMENDED 10/12/2015*
**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

*Continuation Sheet No. 4*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **10/12/2015**                                  Signature  **/s/ Odis Edwin Dyer**
                                                                            *Odis Edwin Dyer*

Date  **10/12/2015**                                  Signature  **/s/ Joyce Faye Dyer**
                                                                            *Joyce Faye Dyer*